No. 02–608.  BEARD, WARDEN, ET AL. *v.* EVERETT.  C. A. 3d Cir.  Certiorari denied.

No. 02–609.  RINGSRED *v.* CITY OF DULUTH, MINNESOTA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–613.  PALOTAI *v.* UNIVERSITY OF MARYLAND AT COLLEGE PARK ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–614.  SLAUGHTER *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 02–620.  BURKE *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 02–622.  RAMOS *v.* COBB, JUSTICE, SUPREME COURT OF NEW YORK, THIRD JUDICIAL DISTRICT, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–624.  AGUILERA ET UX. *v.* DANIELS/NICHOLSON INSURANCE AGENCY ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 02–625.  DISABLED RIGHTS ACTION COMMITTEE *v.* FREMONT STREET EXPERIENCE LIMITED LIABILITY CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–629.  ARNOVICK ET AL. *v.* UTAH STATE BAR.  Sup. Ct. Utah.  Certiorari denied.

No. 02–630.  BARR *v.* FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–632.  LOGIODICE *v.* TRUSTEES OF MAINE CENTRAL INSTITUTE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 02–637.  POSTMA *v.* CITY OF ORANGE CITY, IOWA (two judgments).  Ct. App. Iowa.  Certiorari denied.

No. 02–640.  ANDE ET AL. *v.* FOST ET AL.  Ct. App. Wis.  Certiorari denied.